IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORLANDO GONZALEZ TOMASINI,

   Plaintiff,

   v.

THE UNITED STATES POSTAL SERVICE, et al.

   Defendants.

CIVIL NO.: 17-1552 (MEL)

**JUDGMENT**

Pursuant to the Order entered on September 19, 2019 regarding a [43] Motion to Dismiss for Lack of Jurisdiction (ECF No. 46); the Opinion and Order entered on March 24, 2022 regarding a [151] Motion for Summary Judgment (ECF No. 159); the Opinion and Order entered on July 19, 2022 regarding a [180] Motion to Dismiss Plaintiff's Failure to Accommodate Claim for Lack of Subject Matter Jurisdiction" (ECF No. 249); and the Opinion and Order entered on September 22, 2023 regarding an [262] Emergency Motion requesting, *inter alia*, dismissal of the case with prejudice for abuse of the judicial process and bad faith litigation (ECF No. 309), all of which are incorporated herein by reference, judgment is hereby entered DISMISSING all claims and causes of action in the amended complaint WITH PREJUDICE.

   IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of September, 2023.

                                         s/Marcos E. López
                                         U.S. Magistrate Judge