# United States Court of Appeals
## For the First Circuit

---

No. 23-1914

ORLANDO GONZÁLEZ TOMASINI,

Plaintiff, Appellant,

JULIETTE IRIZARRY MIRANDA; CONJUGAL PARTNERSHIP GONZÁLEZ IRIZARRY; K O G, Minor; V D R, Minor; S G I, Minor; M A R, Minor,

Plaintiffs,

v.

LOUIS DEJOY, Postmaster; UNITED STATES POSTAL SERVICE,

Defendants, Appellees.

---

**JUDGMENT**

Entered: February 2, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Carlos M. Sánchez La Costa, Dennise Noemi Longo-Quiñones, Desirée Laborde-Sanfiorenzo, Juan Carlos Reyes-Ramos